IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SHAUN TREMAIN MATTHEWS, #1163496 | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-327 |
| | § | |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR OF TDCJ-CID | § | |

**FINAL JUDGMENT**

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 20th day of March, 2007.

Samuel B. Kent
United States District Judge